2:19-CV-0226

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 30 2019
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

William Christopher Gibbs
_William Christopher Gibbs_
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Assistant United States Attorney
Ryan K. Buchanan
Official Capacity
(Enter above the full name of the defendant(s).)

**I.   Previous Lawsuits**

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)   No ( )

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s): William Christopher Gibbs

Defendant(s): Fannin Cty. Sheriffs Dept. et. al.

2.   Court (name the district):
United States District, Northern District of Georgia, Gainesville Division

3.   Docket Number: 2:19-CV-00024-RWS-JCF

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

*[Stamp: RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta, SEP 30 2019, JAMES N. HATTEN, Clerk, By: [signature] Deputy Clerk]*

---

_____

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

United States Attorney
Byung J. Pak
Official Capacity
(Enter above the full name of the defendant(s).)

## I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes ( )   No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (name the district):

      _____

      _____

   3. Docket Number: _____

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

[RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta, SEP 30 2019, JAMES N. HATTEN, Clerk, By: Deputy Clerk]

---

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Attorney General
Christopher W. Carr
Official Capacity

(Enter above the full name of the defendant(s).)

## I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )   No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (name the district): _____

3. Docket Number: _____

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

   4. Name of judge to whom case was assigned: Judge Story

   5. Did the previous case involve the same facts?

      Yes ( )   No (✓)

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): dismissed without Prejudice

   7. Approximate date of filing lawsuit: Nov. 20, 2018

   8. Approximate date of disposition: May 7, 2019

II. **Exhaustion of Administrative Remedies**

   Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

   A. Place of Present Confinement: Fannin County Georgia Jail

   B. Is there a prisoner grievance procedure in this institution?

      Yes (✓)   No ( )

   C. Did you present the facts relating to your complaint under the institution's grievance procedure?

      Yes ( )   No (✓)

   D. If your answer is YES:
      1. What steps did you take and what were the results?

      2. If your answer is NO, explain why not: N/A

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: William Christopher Gibbs

Address(es): 645 West D 1st St. Blue Ridge, Georgia @ 30513

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Ryan K. Buchanan

Employed as Assistant United States Attorney

at Georgia United States District Court; 2211 United States Courthouse 75 Ted Turner Dr. S.W. Atlanta, GA 30303

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Rev 12/5/07

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _____

_____

_____

_____

Address(es): _____

_____

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): __Byung J. Pak__

_____

Employed as __United States Attorney__

at __United States District Court 2211 United States Courthouse 75 Ted Turner Dr. S.W, Atlanta, Georgia 30303__

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: _____

_____

_____

Address(es): _____

_____

_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Christopher M. Carr

Employed as Attorney General

at 40 Capital Square SW, Atlanta Georgia 30334

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff respects and understands the pressing issue and questions within this case, And where there to be monster killing the people I would want it to be pressed upon the Courts as well. USA v. Samuel J. Crump 2:11-CR-44-RWS-3,4

Thoughe through this Honorable Court I was not guilty and I am not guilty. The loss of time, hardship and wear on my spirit body and family is heart breaking and it's still not over. All the exstensive trail time and excessive money is burdining for my mind and body. I can say I have learned alot and intill I experinced this trial I never really noticed how much I loved out that window. The whole world was mine, all I had to do was work hard, but now I have nothing but a box full of nothing and a smell of garbadge

### IV. Statement of Claim (Cont'd)

I couldn't realize somedays how just a year ago my whole life was perfect I had a beautiful Girl, good Job, and everything a man needs or wants. I said some days to hers I can't believe this is my life.

Although I respect the United States Court with the upmost respect in its necessity, I had not committed a crime. For Case Docket 2:17-CR-005-WCO-JCF I pray this consider relief under my givin circumstances. Always my respects in regards.

### V. Relief

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff request an injunction compelling defendants to provide and squash all court costs and fees within the United States District Courts, provid plaintiff with the USA to erase all misdemeanors and felonys from Plaintiff's Criminal History Record, provide Plaintiff with a option and opportunity to join the military, provid Plaintiff and his son with a unlimited payed school scolorship and all needed materals, provide Plaintiff with four bookmarks from the US Presidency, provide Plaintiff with a 3000 dollar monthly pention for the remainder of his life, provid Plaintiff with a Woodrow Wilson 20000 Treasury note, provide Plaintiff with a chance to voluntier or work for the United States, provide Plaintiff with a Order requiring the Government to return or distroy all copies of records siezed, provide Plaintiff with a gag order and non disclosure agreement with everything concerning 2:17-CR-005-WCO-JCF, provid USA remove all Plaintiffs tattoos, provide Plaintiff with 7 gold pen's, provide Plaintiff with a big American Flag, provid Plaintiff with a leather Hardback Simon Necronemicon Book, provid Plaintiff with a way

**IV.    Statement of Claim (Cont'd)**

**V.    Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

to live his life and support his family and provid for their future after this, provid Plaintiff with a silver 10mm rosery and a means of life.

## V. Relief (Cont'd)

Signed this 21 day of September, 20 19.

Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Fannin County, Blue Ridge

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 21 day of September 2019.
(Date)

2, William C. Gibbs, William Christopher Gibbs
Signature of Plaintiff

Rev. 12/5/07